In the Matter of HELEN. DONOVAN, Appellant, against BOARD OF EDUCATION OF PEEKSKILL UNION FREE SCHOOL DISTRICT, Respondent.

Argued October 11, 1950; decided October 20, 1950.

*Myle J. Holley* for appellant.

*Walter L. Glenney* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.